In the Matter of STEWART J. SMITH, Appellant, v. NEAL L. MOYLAN, as Commissioner of Commerce, et al., Respondents.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

## (November 6, 1970)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL M. ROBINSON, Petitioner, v. JOSEPH P. CONBOY, as Superintendent of Great Meadows Correctional Institution, Respondent.—

Herlihy, P. J., Reynolds, Aulisi, Greenblott and Cooke, JJ., concur.

CHARLES PEARIS, Respondent, v. HARRY H. GOLDSCHMIDT et al., Appellants.—

Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Sweeney, JJ., concur.